# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

MARK R. SCHMIDT

      v.

SCHMIDT, KIRIFIDES AND RASSIAS, PC (WORKERS' COMPENSATION APPEAL BOARD)

PETITION OF:  SCHMIDT, KIRIFIDES AND RASSIAS, PC

: No. 658 MAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of April, 2024, the Petition for Allowance of Appeal is **GRANTED**.  The issues, as stated by petitioner, rephrased for clarity, are:

(1)    Do the terms "medical services" and "medicines and supplies" as used in Section 306(f.1), 77 P.S. § 531, of the Workers' Compensation Act, include cannabinoid oil (CBD oil), specifically, as well as dietary supplements, generally, and products that may be purchased without a prescription from a healthcare provider?

(2)    Do the cost containment regulations of the Workers' Compensation Act apply to CBD oil?

(3)    Does Section 306(f.1) of the Workers' Compensation Act, 77 P.S. § 531, require employers/insurers to reimburse claimants, directly, for out-of-pocket expenses for "medical services" and "medicines and supplies," and if so, are claimants obligated to submit supporting documentation, such as medical records or prescriptions, or specified forms, such as HCFA forms, before they may receive such reimbursement?